FILED
HARRISBURG, PA
SEP 0 2 2026
PER ________
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 1:26-CR- 199 |
| | : | |
| v. | : | |
| | : | |
| KATYA RODRIGUEZ, | : | (Judge Mariani ) |
| Defendant. | : | |

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1
18 U.S.C. § 1015(f)
(False Statement of Citizenship in Order to Vote)

On or about October 17, 2024, in Dauphin County, within the Middle District of Pennsylvania, the defendant,

**KATYA RODRIGUEZ,**

knowingly made a false statement and claim that she was a citizen of the United States in order to register to vote in a Federal, State, and local election.

All in violation of Title 18 United States Code, Section 1015(f).

THE GRAND JURY FURTHER CHARGES:

<u>COUNT 2</u>
52 U.S.C. § 20511(2)(A)
(Fraudulent Registration)

On or about October 17, 2024, in Dauphin County, within the Middle District of Pennsylvania, the defendant,

**KATYA RODRIGUEZ,**

knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the Commonwealth of Pennsylvania of a fair and impartially conducted election process by the procurement and submission of a voter registration application that was known by her to be materially false, fictitious, and fraudulent under the laws of the Commonwealth of Pennsylvania. Specifically, Rodriguez submitted a voter registration application she knew to be fraudulent because it falsely claimed that she was a United States citizen.

All in violation of 52 United States Code, Section 20511(2)(A).

THE GRAND JURY FURTHER CHARGES:

COUNT 3
18 U.S.C. § 611
(Voting by Aliens)

On or about November 5, 2024, in Dauphin County, within the Middle District of Pennsylvania, the defendant

**KATYA RODRIGUEZ,**

an alien, fully knowing that she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Vice President, United States Senator, and Member of the House of Representatives.

All in violation of Title 18, United States Code, Section 611.

A TRUE BILL

[redacted]
FOREPERSON

BRIAN D. MILLER
United States Attorney

SCOTT R. FORD
Assistant United States Attorney

9/2/26
Date