FPD

FEDERAL PUBLIC DEFENDER
MIDDLE DISTRICT OF PENNSYLVANIA

**Federal Public Defender**
Alexandria J. Lappas
**Capital Habeas Unit Chief**
Leane Renée
**Trial Unit Chief**
Brandon Reish
**Training Chief**
Ari Weitzman

**HARRISBURG**
100 Chestnut Street
Third Floor
Harrisburg, PA 17101
(T) 717-782-3843
(F) 717-782-3966

**SCRANTON**
201 Lackawanna Avenue
Suite 317
Scranton, PA 18503
(T) 570-343-6285
(F) 570-343-6225

**WILLIAMSPORT**
330 Pine Street
Suite 302
Williamsport, PA 17701
(T) 570-323-9314
(F) 570-323-9836

September 21, 2026

**VIA ECF**

The Honorable Robert D. Mariani
United States District Court
William J. Nealon U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

**Re: United States v. Rodriguez, 1:26-cr-00199**

Dear Judge Mariani,

I am writing pursuant to that aspect of the Court's Pretrial Order requiring a written report describing the results of the pretrial conference between defense counsel and Government counsel. On or about September 16, 2026, defense counsel and Government counsel conferred concerning pretrial matters. In advance of the conference, on September 9, 2026, defense counsel requested discovery. Government counsel has pledged to produce discovery soon. Defense counsel sees no need for Court intervention at this time.

Sincerely,

s/ Elliot A. Smith
Elliot A. Smith
AFPD